UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Criminal Case No. 21-CR-31-JD-01 |
| v. | ) | |
| | ) | Possession and Storage of Stolen Goods |
| ROBERT GRAMOLINI, | ) | (18 U.S.C. § 2315) |
| | ) | |
| Defendant | ) | |
| | ) | |

INDICTMENT

The Grand Jury charges:

COUNT ONE
[18 U.S.C. § 2315 – Possession and Storage of Stolen Goods]

On or about September 11, 2020, in the District of New Hampshire, the defendant,

ROBERT GRAMOLINI,

did knowingly possess and store goods, wares and merchandise described below, of the value of $5,000 or more, which had crossed a state boundary after being stolen, knowing the same to have been stolen:

| Item |
|---|
| 2018 flatbed/wooden deck trailer. VIN ending in -65580 |
| 2020 white enclosed trailer. VIN ending in -02014 |
| 2014 U-Haul enclosed trailer. VIN ending in -V5157 |

In violation of Title 18, United States Code, Section 2315.

1

Date: March 1, 2021                                         A TRUE BILL

                                                            /s/ Foreperson
                                                            Foreperson

SCOTT W. MURRAY
United States Attorney


By:   /s/ Matthew T. Hunter
      Matthew T. Hunter
      Assistant United States Attorney