**RECEIVED FEB 09 2021**

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name: 10th Circuit - District Division - Brentwood

Case Name: State vs Robert Gramolini

Case Number: 435-2020-CR-00901
(if known)

## MOTION TO VACATE DEFAULT AND/OR RECALL WARRANT

I am charged with a:
☐ Violation  ☐ Class B Misdemeanor  ☐ Class A Misdemeanor  ☐ Felony

☐ I did not pay my fine because: _____

☒ I did not appear for my court date because:
I did not receive any notice of the court date at my residence below.

I REQUEST THAT THE COURT
☒ Vacate the default
☐ Recall the warrant
☒ Schedule a hearing

☐ Vacate the $50 administrative fee
☐ Establish a time payment schedule

Date: 2.9.2021

Signature: Robert Gramolini

Address: 67 Claremont St.
Town, State, Zip Code: Malden Ma. 02148

Printed Name: Robert Gramolini
Telephone (cell): 603-770-2997

A True Copy Attest:
LoriAnne Hensel, Clerk

Clerk Review (For use in defaults in appearance on Violations, Class B Misdemeanors and/or non-payment of fines on Violations, Class A & B misdemeanors):

☐ VACATE EBW

☐ Fine ONLY - No ability/partial ability to pay – collect payment (if any), schedule next hearing and issue Notice of Cleared Default

☐ Fine ONLY - Ability to pay – Clerk to collect fine and administrative fee and issue Notice of Cleared Default (no further hearing)

☒ Failure to Appear - schedule next hearing before court and issue Notice of Cleared Default

☐ DEFAULT FEE UNPAID, TO BE ADDRESSED AT COURT HEARING.

Date: 2·10·2021

Signature of Clerk: [signed]

Printed Name of Clerk: **LoriAnne Hensel**

NHJB-2978-D (05/04/2020)

Case Name: ___State v. K. Brown___

Case Number: ___435-2020-CR-00901___

**MOTION TO VACATE DEFAULT AND/OR RECALL WARRANT**

Judge Review (For failure to appear on Class A Misdemeanors/Felonies):

Page 2of.

☐ Granted       ☐ Vacate warrant and issue Notice of Cleared Default
☐ Waive administrative fee.
☐ Next hearing to be scheduled in the normal course.
☐ Denied. Schedule for hearing at next available court date.

_____          _____
Date                             Signature of Judge

                                 _____
                                 Printed Name of Judge

A True Copy Attest:
_LoriAnne Hensel_
LoriAnne Hensel; Clerk

NHJB-2978-D (05/04/2020)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

10th Circuit - District Division - Brentwood
PO Box 1149
Kingston NH  03848-1149

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE OF CLEARED DEFAULT

**Robert Gramolini**
**67 Claremont St**
**Malden MA 02148**

A True Copy Attest:
LoriAnne Hensel
LoriAnne Hensel; Clerk

Case Name:       **State v. Robert Gramolini**
Case Number:    **435-2020-CR-00901**

| Charge ID: | RSA: | Violation Date: | Offense: |
|---|---|---|---|
| 1765673C | 635:2 | 06/08/2020 | Criminal Trespass |

The default was cleared with the court on February 11, 2021 and the Administrative Fee was waived.

### INSTRUCTIONS TO THE DEFENDANT:

If you present yourself to the Division of Motor Vehicles prior to the suspension date, a restoration fee will not be imposed. If the suspension date has already passed you must pay the $100.00 restoration fee to restore your driving privileges to the Division of Motor Vehicles.

**New Hampshire Division of Motor Vehicles**
**Bureau of Financial Responsibility**
**23 Hazen Drive, Concord, NH 03305**
**Telephone: 603-227-4010**

**WARNING:** YOU SHALL NOT OPERATE A MOTOR VEHICLE IF THE SUSPENSION DATE HAS PASSED UNTIL YOUR LICENSE HAS BEEN RESTORED IN WRITING BY THE DIVISION OF MOTOR VEHICLES.

February 11, 2021

LoriAnne Hensel
Clerk of Court

(435112)

File Copy

NHJB-2885-D (12/31/2019)