UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 21-CR-31-SM |
| | ) | |
| | ) | |
| ROBERT GRAMOLINI | ) | |
| | ) | |

<u>Addendum to Defendant's Sentencing Memorandum</u>

Robert Gramolini respectfully submits this addendum to his sentencing memorandum in order to update the disposition of the cases reported as pending in the PSR.

Paragraph 61a refers to a case in Lawrence District Court. Mr. Gramolini was found not guilty after trial in that case on November 2, 2022. See attached.

Paragraphs 57 and 59 refer to cases in Rockingham County Superior Court. Both cases were dropped on August 9, 2022. See attached. Paragraph 60 refers to another case in Rockingham County Superior Court. Some of the charges were dropped and on others, on his guilty plea, Mr. Gramolini received a suspended prison sentence. See attached. Paragraph 61 refers to another case in Rockingham County Superior Court. Mr. Gramolini received a suspended jail sentence in that case. See attached.

          Respectfully submitted,

          <u>*/s/ Behzad Mirhashem*</u>
          Behzad Mirhashem
          N.H. Bar #10031

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 3, 2023, the above document was served electronically upon all counsel of record through the CM/ECF filing system.

               /s/ *Behzad Mirhashem*
               Behzad Mirhashem